CGR REAL ESTATE, LLC, CGR re Franklin Park, LP, and CGR Holdings, LLC

v.

BOROUGH COUNCIL of the Borough OF FRANKLIN PARK

v.

Gregory and Kathleen Woodworth, Helene Donch and Bernard M. Avon, Jr.

Petition of: Borough Council of the Borough of Franklin Park

No. 154 WAL 2017

Supreme Court of Pennsylvania.

September 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

WELLS FARGO BANK, N.A. Successor by Merger to Wachovia Bank, N.A.

v.

Patrick F. COSTANTINO, a/k/a Pasquale F. Costantino, a/k/a Patrick Costantino, Karen E. Costantino, a/k/a Karen Ann Karboski and the United States of America

Petition of: Patrick F. Costantino, a/k/a Pasquale F. Costantino, a/k/a Patrick Costantino

No. 296 MAL 2017

Supreme Court of Pennsylvania.

September 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.